United States District Court
Southern District of Texas
**ENTERED**
January 31, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GEORGE JEMISON, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-02099 |
| § | |
| ILLINOIS DEPARTMENT OF HEALTH § | |
| AND FAMILY SERVICES, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court are United States Magistrate Judge Sam S. Sheldon's Memorandum and Recommendation filed on January 13, 2022 (Doc. #73) and Plaintiff's Objections (Doc. #77). The Magistrate Judge's findings and conclusions are reviewed de novo. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as this Court's Order.

Accordingly, Defendants' Motions to Dismiss (Docs. #23, #28, #32, #39, #43, #54, and #60) are hereby GRANTED and Defendants' prior Motions to Dismiss (Docs. #5, #8, #11, #13, and #22) are DENIED as MOOT. This case is hereby DISMISSED.

It is so ORDERED.

JAN 3 1 2022
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge